| 1. Person Reporting (last name, first, middle initial) Baker, Kristine G. | 2. Court or Organization Eastern District of Arkansas | 3. Date of Report 11/2/2011 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court Judge | 5a. Report Type (check appropriate type) ☑ Nomination, Date 11/2/2011 ☐ Initial ☐ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2010 to 10/27/2011 |
| 7. Chambers or Office Address 111 Center Street, Suite 1900 Little Rock, Arkansas 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Quattlebaum, Grooms, Tull & Burrow PLLC |
| 2. | Member | Arbor Enterprises, LLC |
| 3. | Member | Wasserliebend, LLC |
| 4. | Board Member | Presbyterian Village, Inc. |
| 5. | Board Member | Dress for Success Little Rock |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2009 | Quattlebaum, Grooms, Tull & Burrow PLLC Ordinary business income | $298,100.00 |
| 2. | 2010 | Quattlebaum, Grooms, Tull & Burrow PLLC Ordinary business income | $569,315.00 |
| 3. | 2011 (YTD) | Quattlebaum, Grooms, Tull & Burrow PLLC Ordinary business income | $205,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Mitchell, Williams, Selig, Gates & Woodyard Ordinary business income |
| 2. | 2011 (YTD) | Mitchell, Williams, Selig, Gates & Woodyard Ordinary business income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 9

Name of Person Reporting

Baker, Kristine G.

Date of Report

11/2/2011

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 11/2/2011 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401K Account #1 | | | | | | | | | |
| 2. - Am. Funds International Growth & Income Fund | B | Dividend | K | T | Exempt | | | | |
| 3. - Am. Funds Europacific Fund | A | Dividend | K | T | Exempt | | | | |
| 4. - Am. Funds Growth Fund of Am. | A | Dividend | K | T | Exempt | | | | |
| 5. - Am. Funds New World Fund | B | Dividend | L | T | Exempt | | | | |
| 6. - Am. Funds Smallcap World Fund | A | Dividend | K | T | Exempt | | | | |
| 7. - Am. Funds Washington Mutual Fund | A | Dividend | L | T | Exempt | | | | |
| 8. - Am. Funds Global Balanced Fund | | None | K | T | Exempt | | | | |
| 9. 401K Account #2 | | | | | | | | | |
| 10. - Am. Funds International Growth & Income Fund | A | Dividend | J | T | Exempt | | | | |
| 11. - Am. Funds Europacific Fund | A | Dividend | L | T | Exempt | | | | |
| 12. - Am. Funds Growth Fund of Am. | A | Dividend | L | T | Exempt | | | | |
| 13. - Am. Funds Smallcap World Fund | A | Dividend | J | T | Exempt | | | | |
| 14. - Am. Funds Washington Mutual Fund | | None | L | T | Exempt | | | | |
| 15. ROTH Account #1 | | | | | | | | | |
| 16. - Fed. Ex. Corporation | A | Dividend | J | T | Exempt | | | | |
| 17. - Am. Funds Fundamental Investors Fund | A | Dividend | K | T | Exempt | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

3. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 11/2/2011 |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Am. Funds Growth Fund of Am. | | None | J | T | Exempt | | | | |
| 19. - Am. Funds International Growth & Income Fund | | None | J | T | Exempt | | | | |
| 20. - Invesco Constellation Fund | | None | K | T | Exempt | | | | |
| 21. ROTH Account #2 | | | | | | | | | |
| 22. - Am. Funds International Growth Fund | A | Dividend | J | T | Exempt | | | | |
| 23. - Am. Funds Europacific Fund | A | Dividend | J | T | Exempt | | | | |
| 24. - Am. Funds Fundamental Investors Fund | | None | J | T | Exempt | | | | |
| 25. - Am. Funds Growth Fund of Am. | A | Dividend | J | T | Exempt | | | | |
| 26. - Am. Funds Global Balanced Fund | | None | J | T | Exempt | | | | |
| 27. IRA Account #1 | | | | | | | | | |
| 28. - Am. Funds Global Balanced Fund | | None | J | T | Exempt | | | | |
| 29. IRA Account #2 | | | | | | | | | |
| 30. - Am. Funds Global Balanced Fund | | None | J | T | Exempt | | | | |
| 31. 529 Account #1 | | | | | | | | | |
| 32. - Vanguard Aggressive Age-Based Growth Portfolio | | None | M | T | Exempt | | | | |
| 33. 529 Account #2 | | | | | | | | | |
| 34. - Am. Funds International Growth Fund | A | Dividend | K | T | Exempt | | | | |

1. Income Gain Codes: (See Columns D1 and D4) A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3) J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: (See Column C2) Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
U =Book Value; V =Other; W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Am. Funds Capital World Fund | A | Dividend | K | T | Exempt | | | | |
| 36. - Am. Funds Europacific Fund | A | Dividend | J | T | Exempt | | | | |
| 37. - Am. Funds Growth Fund | A | Dividend | J | T | Exempt | | | | |
| 38. - Am. Funds New World Fund | A | Dividend | J | T | Exempt | | | | |
| 39. - Am. Funds Smallcap World Fund | A | Dividend | J | T | Exempt | | | | |
| 40. - Am. Funds Washington Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 41. - Am. Funds Global Balanced Fund | | None | J | T | Exempt | | | | |
| 42. 529 Account #3 | | | | | | | | | |
| 43. - Vanguard Aggressive Age-Based Aggressive Growth Prtfolio | | None | L | T | Exempt | | | | |
| 44. 529 Account #4 | | | | | | | | | |
| 45. - Am. Funds Capital World Growth & Income | A | Dividend | K | T | Exempt | | | | |
| 46. - Am. Funds Growth Fund of Am. | A | Dividend | K | T | Exempt | | | | |
| 47. - Am. Funds New World Fund | A | Dividend | K | T | Exempt | | | | |
| 48. Centennial Bank (ckg. acct.) | A | Interest | K | T | Exempt | | | | |
| 49. Delta Trust & Bank (ckg. acct.) | A | Interest | L | T | Exempt | | | | |
| 50. Iberia Bank (svgs. acct.) | A | Interest | J | T | Exempt | | | | |
| 51. Interest in Arbor Enterprises, LLC | D | Int./Div. | N | T | Exempt | | | | |

1. Income Gain Codes: A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine C. | 11/2/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Interest in Wasserliebend, LLC (Purchases in 2011; $116,560) | | None | M | U | | | | | |
| 53. Membership Interest in Quattlebaum Grooms Tull & Burrow PLLC | | None | M | U | Exempt | | | | |
| 54. Membership Interest in Mitchell, Williams | | None | L | U | Exempt | | | | |
| 55. New York Life; Whole Life Policy No. 1 | | None | K | T | Exempt | | | | |
| 56. New York Life; Whole Life Policy No. 2 | | None | K | T | Exempt | | | | |
| 57. U.S. Bank, NA (svgs. acct.) | A | Interest | | | Exempt | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

FINANCIAL DISCLOSURE REPORT

Page 8 of 9

Name of Person Reporting

Baker, Kristine G.

Date of Report

11/2/2011

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT

Page 9 of 9

Name of Person Reporting

Baker, Kristine G.

Date of Report

11/2/2011

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  *Kristine G. Baker*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 115 | 420 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 055 | 307 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 683 | 319 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 11 | 394 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 259 | 664 |
| Real estate owned – personal residence | | 750 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 72 | 000 | | | | |
| Cash value-life insurance | | 35 | 570 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 271 | 058 |
| | | | | Net Worth | 2 | 440 | 558 |
| Total Assets | 2 | 711 | 616 | Total liabilities and net worth | 2 | 711 | 616 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 74 | 035 | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |